STATE of Louisiana

v.

Dale BROWN

NO. 2015-KO-1872

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. E, No. 14-373; to the Court of Appeal, Fifth Circuit, No. 15-KA-96;

Denied.

GUIDRY, J., recused.

Darken ROWAN and Kathy S. Rowan

v.

Nathan G. SANBORN and
Moira F. Sanborn

No. 2016-CC-1133

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of St. Tammany, 22nd Judicial District Court Div. C, No. 2015-10339; to the Court of Appeal, First Circuit, No. 2016 CW 0257.

Denied.

STATE of Louisiana

v.

Carl BROWN

NO. 2016-KK-1138

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of St. Tammany, 22nd Judicial District Court Div. G, No. 575,712; to the Court of Appeal, First Circuit, No. 2016 KW 0315

Denied.

HUGHES, J., would grant.